**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **MALCOLM HAMPTON, JR.** | **PLAINTIFF** |
| **v.** | **No. 1:08CV51-A-B** |
| **SHERIFF ANDY HOOD, ET AL.** | **DEFENDANTS** |

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the ___6th___ day of August, 2008.

                         **/s/ Sharion Aycock**
                         **U. S. DISTRICT JUDGE**